**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **FAZZINO INVESTMENTS, LP,** | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **CASE NO. 6:25-CV-1-ADA-DTG** |
| | § | |
| **BRAZOS VALLEY GROUNDWATER** | § | |
| **CONVERSATION DISTRICT,** | § | |
| *Defendant.* | § | |

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Derek T. Gilliland. Dkt. 63. The report recommends the Plaintiff Fazzino Investments, LP ("Plaintiff")'s Motion to Certify Class (Dkt. 31) be **DENIED**. *Id.* at 1, 9. The report was filed on March 11, 2026.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections on March 25, 2026. Dkt. 64. Defendant filed a response on April 8, 2026. Dkt. 65. The Court has conducted *de novo* review of the Report and Recommendation (Dkt. 63), Plaintiff's objections (Dkt. 64), Defendant's Response (Dkt. 65), and the applicable facts and laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendations should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Gilliland (Dkt. 63) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Objections (Dkt. 64) are **OVERRULED.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Certify Class (Dkt. 31) is hereby **DENIED.**

**SIGNED** this 15th day of April, 2026.

_____

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE